UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 21-14522 |
| Gregory A Wells ) | | |
| ) | Chapter: | 7 |
| ) | Honorable A. Benjamin Goldgar | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

**ORDER GRANTING MOTION TO MODIFY AUTOMATIC STAY**

This matter coming to be heard on the motion of Capital One Auto Finance, a division of Capital One, N.A., to modify the automatic stay, due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

The motion is granted. The stay is modified to permit Capital One Auto Finance, a division of Capital One, N.A., to pursue non-bankruptcy remedies with respect to one 2014 Mercedes Benz M Class Utility 4D ML350 4WD 3.5L V6, VIN 4JGDA5HB1EA432191.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: February 07, 2022

**Prepared by:**

Jennifer Rinn

Rinn Richman Law

P.O. Box 465

Chicago, IL 60690

Phone: (586) 899-5086

jennifer@rinnrichmanlaw.com